tion to recover the amount of certain unpaid notes accepted by them in payment for stock of the corporation.

The following question was certified: " Does the complaint herein state facts sufficient to constitute a cause of action against the defendants? "

*A. Lee Olmsted* for appellant.

*John H. Barker* for respondents.

Order affirmed, with costs; question certified answered in the negative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.

---

ASSETS REALIZATION COMPANY, Respondent, *v.* STEPHEN T. LOCKWOOD et al., as Executors of PHILIP W. ROTH, Deceased, Appellants.

*Practice — reference — motion for compulsory reference properly granted.*

*Assets Realization Company* v. *Lockwood,* 217 App. Div. 784, affirmed. (Argued February 23, 1927; decided March 29, 1927.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 29, 1926, which affirmed an order of Special Term granting a motion for a compulsory reference. The action was to recover on an alleged contract of indemnity guaranteeing the plaintiff's predecessor from loss it might sustain by reason of advances in connection with the liquidation of another bank.

The following question was certified: " Will the trial of this action involve the examination of a long account without the necessity of deciding difficult questions of law, so as to make it referable as provided in section 466 of the Civil Practice Act? "

*W. C. Carroll* for appellants.

*Edward R. Bosley* and *Carlos C. Alden* for respondent.

Order affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.